**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOHN CHERRY** | **CIVIL ACTION NO. 08-228** |
| **VERSUS** | **JUDGE: BRADY** |
| **SHAW COASTAL, INC. ET AL.** | **MAGISTRATE-JUDGE: NOLAND** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S OPPOSITION TO DEFENDANT SHAW'S**
**MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT through undersigned counsel comes plaintiff, John Cherry, who respectfully opposes Defendant Shaw's Motion for Summary Judgment as follows:

1.

Genuine issues of material fact exist precluding the grant of summary judgment herein.

2.

In opposition to Defendant Shaw's Motion, plaintiff incorporates herein by specific reference, all arguments contained in his Memorandum in Opposition to Defendant's Motion for Summary Judgment as if quoted herein entirely.

3.

Plaintiff files of record in these proceedings, the following evidence:

Exhibit A:   Deposition of John Cherry Vol I and Vol II;

Exhibit B:   Deposition of Jeff Pena;

Exhibit C:   Deposition of Scott Thornton;

Exhibit D:   Deposition of Mike D'Angelo;

Exhibit E:   Deposition of Oscar Pena;

Exhibit F:   Deposition of Roy Samperi;

Exhibit G:    Deposition of Nikki Jordan;

Exhibit H:    Michael Reasoner medical records (under seal);

Exhibit I:    Deposition of Michael Reasoner;

Exhibit J:    Exhibits 23, 33 and 34 to Depositions;

Exhibit K:    Affidavit of Scott Thronton;

Exhibit L:    Reasoner attonrey letter.

4.

Plaintiff additionally files of record and incorporates herein by specific reference, Plaintiff's Opposition to Defendant Shaw's Statement of Material Facts at Issue.

5.

Plaintiff is entitled to and desires issuance of an Order herein denying, entirely, Defendant Shaw's Motion for Summary Judgment and awarding all such other relief to which plaintiff is entitled at law or in equity.

6.

Plaintiff requests all such other relief to which he is entitled at law or in equity.

WHEREFORE, plaintiff, John Cherry, prays after due proceedings are had that an Order issue herein denying Defendant Shaw's Motion for Summary Judgment entirely and, further awarding plaintiff all such other relief to which he is entitled at law or in equity.

Respectfully submitted,

By:    s/Jill L. Craft
Jill L. Craft, T.A., #20922
Crystal G. LaFleur, #27490
721 North Street
Baton Rouge, Louisiana 70802
(225) 663-2612, Fax: (225) 663-2613
E-mail: jcraft@bitworx.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of December, 2009, I have served a copy of the above and foregoing Plaintiff's Opposition to Defendant's Motion for Summary Judgment with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 2nd day of December, 2009.

                                          s/Jill L. Craft
                                            Jill L. Craft