UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
JULY 19, 2010
BRADY, J.

JOHN CHERRY

VERSUS

SHAW COASTAL, INC.

CIVIL ACTION

NO. 08-228-JJB-CN

This cause came on this day for trial, with a jury.

PRESENT: Jill L. Craft, Esq.
Counsel for Plaintiff

Leslie W. Ehret, Esq.
Renee Culotta, Esq.
Counsel for Shaw Coastal, Inc.

Gilbert R. Buras, Jr., Esq.
Counsel for Michael Reasoner

Scott Thornton, Pro Se

The jurors are sworn on voir dire, and after being found acceptable, duly sworn to try the case.

The court gives the jury preliminary instructions.

The witnesses are sequestered from the courtroom.

The parties present opening statements.

The plaintiff, John Cherry, is sworn and testifies.

Exhibits filed.

Court recesses until Tuesday, July 20, 2010, at 9:00 a.m.

\* \* \*

S. Thompson/Reporter

C:CV 20, 21; T:7.0