UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JOHN CHERRY

VERSUS

SHAW COASTAL, INC., ET AL.

CIVIL ACTION

NO. 08-228-JJB

## VERDICT FORM

### MR. CHERRY'S CLAIMS AGAINST SHAW COASTAL

1. **Sexual Harassment by a Co-Worker**

    a. Do you find that Mr. Cherry was subjected to conduct that he considered unwelcome during his employment at Shaw Coastal?

    YES __X__          NO _____

    (If you answered YES, please answer the next question; if you answered NO, please go to Question 2.)

    b. Do you find that the unwelcome conduct included an explicit or implicit sexual proposal?

    YES __X__          NO _____

    (If you answered YES, please answer the next question; if you answered NO, please go to Question 2.)

    c. Do you find that there is some indication that Mr. Reasoner has sexual interest in males?

    YES __X__          NO _____

    (If you answered YES, please answer the next question; if you answered NO, please go to Question 2.)

1

d. Do you find that the conduct was sufficiently severe or pervasive such that a reasonable person in Mr. Cherry's position would find that Shaw Coastal created a hostile work environment?

YES __X__     NO _____

(If you answered YES, please answer the next question; if you answered NO, please go to Question 2.)

e. Do you find that Shaw Coastal knew or should have known of the harassment and failed to take prompt remedial action?

YES __X__     NO _____

(If you answered YES, please continue to Question 1A; if you answered NO, please go to Question 2.)

## 1A. Damages for Sexual Harassment by a Co-Worker

a. Do you find that Mr. Cherry suffered damages as a proximate or legal result of sexual harassment?

YES __X__     NO _____

(If you answered YES, please determine damages; if you answered NO, please go to Question 2.)

b. Please state what sum of money, if any, would reasonably and fairly compensate Mr. Cherry for the following:

Emotional Pain and Suffering,
Inconvenience, Mental Anguish,
And Loss of Enjoyment of Life                $ 500,000.00

2

Case 3:08-cv-00228-JJB-CN   Document 118   07/23/10   Page 2 of 7

## MR. CHERRY'S CLAIMS AGAINST MR. REASONER

2. **Battery**

   a. Do you find that Mr. Reasoner committed a battery or batteries upon Mr. Cherry?

   YES __X__    NO _____

   (If you answered YES, please continue to Question 2A; if you answered NO, please go to Question 3.)

2A. **Damages for Battery**

   a. Do you find that Mr. Cherry suffered damages as a proximate or legal result of battery?

   YES __X__    NO _____

   (If you answered YES, please determine damages; if you answered NO, please go to Question 3.)

   b. Please state what sum of money, if any, would reasonably and fairly compensate Mr. Cherry for the following:

   Emotional Pain and Suffering, Inconvenience, Mental Anguish, And Loss of Enjoyment of Life    $ 10,000.00 ~~[scribbled out]~~

   CRM
   7/23/10

3

Case 3:08-cv-00228-JJB-CN   Document 118   07/23/10   Page 3 of 7

# MR. REASONER'S CLAIMS AGAINST MR. CHERRY & MR. THORNTON

3. **Prescription**

   a. Do you find that Mr. Reasoner had actual or constructive knowledge of his claims against Mr. Cherry and/or Mr. Thornton before September 5, 2007?

   Mr. Cherry:      YES __✓__          NO _____

   Mr. Thornton:    YES __✓__          NO _____

   (If you answered YES for a party, then that party cannot be liable for defamation; if you answered YES for both parties, please sign and date this form. If you answered NO for a party, please continue to Question 4, insofar as it pertains to that party.)

4. **Defamation**

   a. Do you find that Mr. Cherry and/or Mr. Thornton said or wrote false and defamatory words about Mr. Reasoner?

   Mr. Cherry:      YES _____          NO _____

   Mr. Thornton:    YES _____          NO _____

   (If you answered YES for a party, please answer the next question only insofar as it pertains to that party; if you answered NO to both, please sign and date this form.)

   b. Do you find that those words were false?

   Mr. Cherry       YES _____          NO _____

   Mr. Thornton     YES _____          NO _____

   (If you answered YES for a party, please answer the next question only insofar as it pertains to that party; if you answered NO to both, please sign and date this form.)

*[Signature: Chantell Mathews, 7/23/10]*

c. Do you find that Mr. Cherry and/or Mr. Thornton communicated those words to someone other than Mr. Reasoner?

   Mr. Cherry:     YES _____          NO _____

   Mr. Thornton:   YES _____          NO _____

   (If you answered YES for a party, please answer the next question only insofar as it pertains to that party; if you answered NO to both, please sign and date this form.)

d. Do you find that Mr. Cherry and/or Mr. Thornton said or wrote those words when he/they knew or should have known that those words were false?

   Mr. Cherry:     YES _____          NO _____

   Mr. Thornton:   YES _____          NO _____

   (If you answered YES for a party, please answer the next question only insofar as it pertains to that party; if you answered NO to both, please sign and date this form.)

### 4A. Affirmative Defense: Privilege

a. Do you find that Mr. Cherry and/or Mr. Thornton communicated these allegations of sexual harassment in good faith?

   Mr. Cherry:     YES _____          NO _____

   Mr. Thornton:   YES _____          NO _____

   (If you answered YES for a party, please answer the next question only insofar as it pertains to that party; if you answered NO for a party, then that party is not entitled to this affirmative defense and you must continue with that party at Question 4B.)

5

b. Do you find that Mr. Cherry and/or Mr. Thornton had a duty to report these allegations of sexual harassment?

    Mr. Cherry:    YES _____    NO _____

    Mr. Thornton:    YES _____    NO _____

(If you answered YES for a party, please answer the next question only insofar as it pertains to that party; if you answered NO for a party, then that party is not entitled to the affirmative defense and you must continue with that party at Question 4B.)

c. Do you find that Mr. Cherry and/or Mr. Thornton communicated these allegations of sexual harassment only to persons who had a duty to receive the allegations?

    Mr. Cherry:    YES _____    NO _____

    Mr. Thornton:    YES _____    NO _____

(If you answered YES for a party for all three questions under this section [Affirmative Defense: Privilege], then that party cannot be liable for damages for defamation. If you answered YES for both parties for all three questions under this section, please sign and date this form. If you answered NO for a party, then that party is not entitled to the affirmative defense and you must continue with that party at Question 4B.)

### 4B. Damages for Defamation

c. Do you find that Mr. Reasoner was actually harmed by defamation by Mr. Cherry and/or Mr. Thornton?

    YES _____    NO _____

(If you answered YES, please determine damages; if you answered NO, please sign and date this form.)

d. Please state what sum of money, if any, would reasonably and fairly compensate Mr. Reasoner for the following:

Damage to Reputation $ _____

Emotional Pain and Suffering,
Inconvenience, Mental Anguish,
And Loss of Enjoyment of Life $ _____

So say we all.

_7/23/10_____                    *Chantelle Matherne*
DATE                                        FOREMAN SIGNATURE