UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JOHN CHERRY

VERSUS

SHAW COASTAL, INC., ET AL.

CIVIL ACTION

NO. 08-228-JJB

### RULE 54(B) JUDGMENT

Pursuant to the attached letter and the Fifth Circuit Mandates (docs. 161 and 167);

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be in favor of Shaw Coastal, Inc. and against plaintiff John Cherry, dismissing plaintiff's claims for sexual harassment, retaliation, wrongful termination, punitive damages, and vicarious liability. Final judgment is entered as there is no just reason for delay.

Signed in Baton Rouge, Louisiana, on April 18th, 2011.

JAMES J. BRADY
DISTRICT JUDGE

1

# JILL L. CRAFT
ATTORNEY AT LAW, LLC

JILL L. CRAFT
CRYSTAL LAFLEUR

721 NORTH STREET
BATON ROUGE, LOUISIANA 70802
PHONE: (225) 663-2612
FACSIMILE: (225) 663-2613

April 14, 2011

**_VIA FAX 389-4031 AND U.S. MAIL_**

Honorable James J. Brady
Judge, U.S. District Court
Middle District of Louisiana
777 Florida Street
Baton Rouge, LA 70801

RE: John Cherry v. Shaw Coastal, Inc. And Michael Reasoner
Civil Action No. 08-228-FJP-CN

Dear Judge Brady:

In light of the Fifth Circuit's ruling entered April 13, 2011, we respectfully request that you "re-reenter" Rule 54 Judgment in this matter. Thereafter (again), we will file the Notice of Appeal.

Thank you for your consideration.

Very truly yours,

Jill L. Craft

JLC/ae
cc: Ms. Renee Culotta (Fax: 504-599-8100 and U.S. Mail)
    Mr. Gilbert R. Buras, Jr. (Fax: 866-257-3697 and U.S. Mail)
    Scott Thornton (via email)
    client