UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JOHN CHERRY                                             CIVIL ACTION NO. 08-228-JJB

VERSUS

SHAW COASTAL, INC. AND
MICHAEL REASONER
*************************************************************************

## JUDGMENT

Upon consideration and pursuant to the Mandate issued by the United States Court of Appeal for the Fifth Circuit on February 4, 2011, rehearing denied on February 23, 2012;

IT IS ORDERED, ADJUDGED, AND DECREED that there be and is hereby Judgment rendered in favor of the plaintiff, John Cherry, and against the defendant, Shaw Coastal, Inc., in the sum of Five Hundred Thousand and 00/100 Dollars ($500,000.00), said sum bearing interest from the date of judicial demand until paid.

JUDGMENT READ, RENDERED, AND SIGNED at Baton Rouge, Louisiana, this 25th day of July, 2012.

_____
JAMES J. BRADY, DISTRICT JUDGE