UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN CHERRY | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 08-228-FJP-CN |
| | ) |
| SHAW COASTAL, INC. AND<br>MICHAEL REASONER | ) |
| | ) |
|    Defendant. | ) |
| | ) |

## SHAW'S MOTION FOR NEW TRIAL, OR ALTERNATIVELY FOR *REMITTITUR*

Now comes Defendant, Shaw Coastal, Inc. ("Shaw"), who moves the Court for a new trial, or alternatively for *remittitur* of the jury's verdict against it for $500,000 in damages for emotional distress in favor of Plaintiff, John Cherry ("Cherry"), or alternatively for a new trial pursuant to Rule 59(a) of the Federal Rules of Civil Procedure. The basis for Shaw's motion is set forth in the memorandum attached hereto in support of this motion.

Respectfully submitted,

/s/   Leslie W. Ehret
**LESLIE W. EHRET (La. Bar #18494), T.A.**
**RENEE CULOTTA (La. Bar #24436)**
**Frilot L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, LA  70163
Telephone: 504-599-8000
Facsimile: 504-599-8100
**COUNSEL FOR DEFENDANT,**
**SHAW COASTAL, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of August, 2012, electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing upon all CM/ECF registrants.

/s/   Leslie W. Ehret