United States District Court
Middle District of Louisiana

RECEIVED
OCT 09 2012
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK
LYLE W. CAYCE
CLERK

FILED
October 9, 2012

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 03, 2012

Mr. Nick Lorio
U.S. District Court, Middle District of Louisiana
777 Florida Street
Baton Rouge, LA 70801

    No. 11-30403,  John Cherry v. Shaw Coastal, Incorporated
        USDC No. 3:08-CV-228

Enclosed is a copy of the Supreme Court order denying certiorari.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Charlene A. Vogelaar, Deputy Clerk
        504-310-7648

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 1, 2012

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: Shaw Coastal, Inc.
        v. John Cherry
        No. 11-1419
        (Your No. 11-30403)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk