United States District Court
Middle District of Louisiana

**FILED**

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

January 22, 2013

RECEIVED
JAN 22 2013
LYLE W. CAYCE
MIDDLE DISTRICT CLERK LOUISIANA
DEPUTY CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 15, 2013

Mr. Nick Lorio
U.S. District Court, Middle District of Louisiana
777 Florida Street
Baton Rouge, LA 70801

    No. 12-31244,   In re: John Cherry
        USDC No. 3:08-CV-228

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Shawn D. Henderson, Deputy Clerk
                          504-310-7668

cc w/encl:
    Honorable James J. Brady
    Mr. Gilbert Rene Buras Jr.
    Ms. Jill Leininger Craft
    Mrs. Renee G. Culotta
    Ms. Leslie W. Ehret
    Mr. Scott Thornton

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 12-31244

In re: JOHN CHERRY,

        Petitioner

Petition for a Writ of Mandamus to the
Middle District of Louisiana, Baton Rouge

Before JOLLY, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:

        IT IS ORDERED that the petition for writ of mandamus is *denied*.

A true copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
by _____
        Deputy

JAN 1 5 2013