# JILL L. CRAFT
ATTORNEY AT LAW, LLC
_____

JILL L. CRAFT
CRYSTAL LAFLEUR
AMANDA E. LOVE

509 ST. LOUIS STREET
BATON ROUGE, LOUISIANA 70802
PHONE: (225) 663-2612
FACSIMILE: (225) 663-2613

May 10, 2013

**_VIA CM/ECF_**

Honorable James J. Brady
Judge, U.S. District Court
Middle District of Louisiana
777 Florida Street
Baton Rouge, LA 70801

RE: John Cherry v. Shaw Coastal, Inc. And Michael Reasoner
Civil Action No. 08-228-JJB-CN

Dear Judge Brady:

      After several months of negotiations, including protracted discussions regarding the contents of the actual settlement documents, it appears that the parties cannot agree. Over two (2) weeks ago, I sent my final changes to proposed settlement documents which, as I understand, were acceptable to Shaw. To date, I have been unable to procure acceptance of either the documents or agreement from Mr. Reasoner.

      Hence, the purpose of this letter is to advise the Court that I do not believe, based on the events which have occurred thus far, that this case is not resolved. I would request that a Status Conference be held to discuss the pending trial date, if it remains feasible, and a deadline by which I may add CB&I as a party defendant and successor to both the assets and debts of Shaw E&I.

      Thank you for your consideration.

Very truly yours,

Jill L. Craft

JLC/ae
cc: Ms. Renee Culotta
     Mr. Gilbert R. Buras, Jr.