UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN CHERRY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 08-228 |
| ) | |
| SHAW COASTAL, INC. AND ) | JUDGE BRADY |
| MICHAEL REASONER ) | |
| ) | MAGISTRATE JUDGE BOURGEOIS |
| Defendant. ) | |
| ) | |

**JOINT STIPULATION OF DISMISSAL**

**NOW INTO COURT,** through undersigned counsel come Plaintiff John Cherry and Defendants Shaw Coastal, Inc. and Michael Reasoner who submit this joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41. The parties stipulate all claims in the above captioned lawsuit have been compromised and the settlement has been consummated, and, therefore, the parties seek a full and complete dismissal of the above captioned matter, with prejudice, with each party to bear its own costs.

**WHEREFORE**, the parties submit this joint stipulation of dismissal seeking a full and complete dismissal of the above captioned action, with prejudice and with each party to bear its own costs.

Respectfully submitted,

By: s/Jill L. Craft
Jill L. Craft, T.A., #20922
Crystal G. LaFleur, #27490
Amanda Love, # 32232
Attorney at Law, LLC
509 St. Louis Street
Baton Rouge, Louisiana 70802
Telephone: (225) 663-2612
Fax: (225) 663-2613
Email: jcraft@craftlaw.net

Attorneys for Plaintiff, John Cherry

AND

/s/ Renee Culotta
LESLIE W. EHRET, T.A., #18494
RENEE CULOTTA, #24436
FRILOT  L.L.C.
1100 Poydras St., Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
lehret@frilot.com
rculotta@frilot.com

Attorneys for Defendant, Shaw Coastal, Inc.

AND

/s/ Gilbert Buras, Jr.
Gilbert R. Buras, Jr. (LSBA No. 3652)
710 Carondolet Street
New Orleans, LA 70130
Telephone: (504) 581-4334
Facsimile: (866) 257-3697
Attorney for Defendant, Michael Reasoner

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May, 2013, a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.

/s/ Renee Culotta