UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN CHERRY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 08-228-JJB |
| | ) | |
| SHAW COASTAL, INC. AND | ) | JUDGE BRADY |
| MICHAEL REASONER | ) | |
| | ) | MAGISTRATE JUDGE BOURGEOIS |
| Defendants. | ) | |
| | ) | |

### O R D E R

Considering the foregoing Joint Stipulation of Dismissal:

**IT IS HEREBY ORDERED** that the above captioned matter is dismissed in its entirety, with prejudice, each party to bear its own costs.

Signed in Baton Rouge, Louisiana, on May 22, 2013.

_____
JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA